# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| LAURIE NORBERRY, | ) | |
| Plaintiff, | ) | Civil No. 3:07-1268 |
| | ) | Judge Trauger |
| v. | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA and ELECTRONIC DATA SYSTEMS CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

On March 10, 2008, defendant Life Insurance Company of North America filed a Motion to Dismiss Or, Alternatively, Motion For Summary Judgment. (Docket No. 20) The plaintiff has failed to file a timely response. The court interprets the plaintiff's failure to respond as a concession that the motion is well-taken. Therefore, defendant Life Insurance Company of North America's Motion to Dismiss (Docket No. 20) is **GRANTED**, and all claims against this defendant are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that an initial case management conference will be held in this case on Friday, April 11, 2008, at 10:30 a.m.

It is so **ORDERED**.

ENTER this 3rd day of April 2008.

_____
ALETA A. TRAUGER
U.S. District Judge