IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAURIE NORBERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:07-1268 |
| LIFE INSURANCE COMPANY OF | ) Judge Trauger |
| NORTH AMERICA and | ) |
| ELECTRONIC DATA SYSTEMS | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons expressed in the accompanying memorandum, the Motion for Summary Judgment[1] (Docket No. 20) filed by defendant Life Insurance Company of North America, is **GRANTED.** The plaintiff's claim against LINA that she was wrongfully denied short-term disability benefits or other health care coverage under the Electronic Data Systems Short-Term Disability Plan is **DISMISSED.** Further, the plaintiff has failed to exhaust her administrative remedies with respect to any alleged claim for long-term disability benefits. This claim, too, is **DISMISSED.**

It is so ordered.

Enter this 10th day of December 2008.

_____
ALETA A. TRAUGER
United States District Judge

---

[1] On March 10, 2008, defendant Life Insurance Company of North America filed its motion to dismiss or, alternatively, for summary judgment. (Docket No. 20). On May 2, 2008, the court ordered that the motion be treated as one for summary judgment under Rule 56 of the Federal Rules of Civil Procedure. (Docket No. 40).