IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LAURIE NORBERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:07-1268 |
| LIFE INSURANCE COMPANY OF | ) | Judge Trauger |
| NORTH AMERICA and | ) | |
| ELECTRONIC DATA SYSTEMS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying memorandum, defendant Electronic Data Systems Corporation's Motion for Judgment on the Administrative Record Or, Alternatively, Motion for Summary Judgment (Docket No. 52), which the court reviewed as a Motion for Summary Judgment, is hereby **GRANTED.** All claims against defendant Electronic Data System Corporation are hereby **DISMISSED WITH PREJUDICE.** The claims against both defendants now having been dismissed, the Clerk shall close this file. Entry of this Order shall constitute the judgement in this action.

It is so ordered.

Enter this 4th day of February 2009.

_____
ALETA A. TRAUGER
United States District Judge